IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

COMPONEX CORPORATION,

                Plaintiff,

v.

ELECTRONICS FOR IMAGING, INC.,

                Defendant.

ORDER

13-cv-384-wmc

---

Pursuant to the representations of the parties during the telephone status conference and the parties' revised stipulation (dkt. #198), the court directs the clerk of court to enter final judgment as follows:

(1) Pursuant to the court's order of October 21, 2014 (dkt. #152), the '076 patent is invalid and all claims relating to the '076 patent are extinguished;

(2) Pursuant to the court's combined orders of July 18, 2014 (dkt. #119), and November 4, 2014 (dkt. #195), all claims relating to the '059 patent are also extinguished as follows:

    (a) all accused products except for EFI part numbers 45064169, 45071308, 45071323, 45112026, 45112035, A80033-A, A80128-A, A80228-A, and A80229-A did not infringe the '059 patent, and

    (b) there is no evidence that;

        (i) part number 45064169 was ever purchased by EFI from anyone;

(ii)   part numbers 45112026, 45112035, A80033-A, A80128-A, A80228-A, and A80229-A were purchased by EFI from anyone other than Componex;

(iii)   part numbers 45071308 and 45071323 were purchased by EFI after May 30, 2013, which is the day this lawsuit commenced; and

(iv)   unless the court's rulings on the '059 patent are overturned on appeal, Componex neither disputes an implied license with respect to parts listed in (ii) above nor seeks future damages or injunctive relief with respect to parts listed in (i) and (iii).

Entered this 12th day of November, 2014.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge